CASE 2:12-CV-751

**FILED**
TIME_____
DEC 10 2012  12/7/12
JOHN P. HEHMAN, Clerk
COLUMBUS, OHIO

The address (or) addresses of David Guetta as well as his exact involvement in the said writing/copyright of "Without You" are unknown at this time.

Thus the Plaintiff expects that the court may be dismissing Mr. Guetta at this time.

*Bruce Lykes*

Bruce Lykes
(Confidential Address) 5288 Brandy Oaks LN
Columbus OH 43220