UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRUCE LYLES,**

    **Plaintiff,**

                                            Civil Action 2:12-cv-00751
    **v.**                                     **Judge Gregory Frost**
                                              **Magistrate Judge Elizabeth P. Deavers**

**CAPITAL - EMI MUSIC INC.,** *et al.*,

    **Defendants.**

## ORDER

Plaintiff, who proceeds without the assistance of counsel and *in forma pauperis*, has indicated to the Court that he is unable to provide service materials for Defendant David Guetta because he does not know Defendant Guetta's address.  (P.'s Notice, ECF No. 16.)  Plaintiff further indicates that he expects that the Court will dismiss his claims against Defendant Guetta as a result.  *Id.*

Although Plaintiff proceeds *in forma pauperis*, it is his responsibility to provide service materials, including an address at which service can be perfected, for each Defendant.  Plaintiff is, therefore, **DIRECTED** to provide a copy of the Complaint, a completed U.S. Marshal service form and a summons for Defendant Guetta, including an address at which Defendant Guetta may be served, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**.  Plaintiff's failure to provide the completed service materials will result in the dismissal of his claims against Defendant Guetta.

**IT IS SO ORDERED.**

Date: December 27, 2012          /s/ *Elizabeth A. Preston Deavers*
                                 Elizabeth A. Preston Deavers
                                 United States Magistrate Judge