3/13/2013

Case #: 2:12-cv-00751

Plaintiffs responce to court Directive
RE: (Taio Cruz Timely Servico)

Plaintiff,
Bruce Sykes
[ADDRESS confidential] 5288 Brandy Oaks Ln
Columbus OH 43220

[Enclosure]

The plaintiff to date (3/11/2013) has not received any mailed instructions or material in relation to to Service of suit to a defendant in another country, from the marshal's office. The plaintiff happened to be calling the clerk of courts office (via phone) a number of weeks after he had given the court what (according to his information or information presented to him) were legal representative addresses for the defendants ,for a status update on service of the defendants, when he was first informed the marshal's office does not serve to other counties; and the marshals office would provide/send service instructions for this.

The plaintiff then looked into web based information himself on how to proceed with suit service of a defendant in another country.(as he never received instructions from the marshals office)

Thus according to the plaintiffs information of proper procedure ;he then PROMPTLY mailed(according to his knowledge) the proper Forms , copies of original suit complaint/papers and cd s submitted to the court (and duplicate of such) to: The Royal Courts of Justice,London , (Forwarding Authority) on 2/27/2013 (For Post office record/address mailed ; see attachment)

Thus plaintiff motions( requests) Taio Cruz not be dismissed from the court suit.

Sincerely,

Bruce Lykus
(Plaintiff)

FILED
JOHN P. HEHMAN
CLERK
2013 MAR 15 PM 1:12
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

LC029693802US

**USPS® Customs Declaration – CN 22**
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Lykes
First: Bruce
Business:
Address: 5288 Brandy Oaks LN
City: Columbus
State: OH
ZIP+4: 43220
Telephone/Fax or Email: 614 824-5988

To:
Addressee's Last Name: The Senior Master
Business:
Address: Royal Courts of Justice
Strand
City: London
State/Province: WC2A 2
Post Code: LL
Country: England
Telephone/Fax or Email: 442079476691

2 - Shipping Label (left) and Customer Copy (right)

---

Northwest Post Office
COLUMBUS, Ohio
432209997
3817950220 -0099
02/27/2013   (800)275-8777   02:16:19 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Great Britain and Northern Ireland - First-Class Pkg Int'l Svc 1 lb. 7.20 oz. Customs Form #: LC029693802US | | | $20.45 |
| Issue PVI: | | | $20.45 |
| (Forever) Edgar Rice Burroughs PSA | 7 | $0.46 | $3.22 |
| Total: | | | $23.67 |

Paid by:
Cash:                                    $25.02
Change Due:                              -$1.35
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
*****************************************
*****************************************

In a hurry? Self-service kiosks offer