UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRUCE LYLES,**

    **Plaintiff,**

    **v.**

                                  **Civil Action 2:12-cv-00751**
                                    **Judge Gregory Frost**
                                    **Magistrate Judge Elizabeth P. Deavers**

**CAPITAL - EMI MUSIC INC.,** *et al.***,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of Plaintiff's Response to Show Cause Order and Request for Extension of Time to Effect Service. (ECF No. 28.) On March 7, 2013, the Court directed Plaintiff to show cause why his Complaint should not be dismissed for failure to timely serve Defendant Taio Cruz pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 27.) In his Response, Plaintiff demonstrates that he continues to diligently pursue service on this Defendant. (ECF No. 28.) Plaintiff requests additional time to perfect service on this Defendant. For good cause shown, Plaintiff's request is **GRANTED**. Plaintiff shall have until **APRIL 20, 2013** to serve Defendant Taio Cruz with the summons and a copy of the Complaint.

    IT IS SO ORDERED.


Date: March 21, 2013                                               /s/ *Elizabeth A. Preston Deavers*
                                                                     Elizabeth A. Preston Deavers
                                                                       United States Magistrate Judge