UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRUCE LYLES,**

    **Plaintiff,**

                                                                     Civil Action 2:12-cv-00751
    v.                                                     Judge Gregory Frost
                                                         Magistrate Judge Elizabeth P. Deavers

**CAPITAL - EMI MUSIC INC.,** *et al.***,**

    **Defendants.**

## ORDER

On March 20, 2013, Defendant Usher Raymond filed an Amended Motion to Dismiss to indicate in the certificate of service that he served a copy of the Motion on Plaintiff by U.S. mail. (ECF No. 35.)  Accordingly, the Clerk is **DIRECTED** to remove Defendant Raymond's original Motion (ECF No. 30), which is substantively identical to the Amended Motion, from the Court's pending Motion list.  The Clerk is **DIRECTED** to mail Plaintiff a copy of Defendant Raymond's Notice of Manual Filing of Declaration Exhibit (ECF No. 31), along with copies of the exhibits that Defendant Raymond manually filed.  Plaintiff is **DIRECTED** to respond to Defendant's Motion, if at all, **WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF DEFENDANT'S AMENDED MOTION TO DISMISS**, consistent with S.D. Ohio Civ. R. 7.2(a)(2).

    **IT IS SO ORDERED.**

Date: March 21, 2013                                                  /s/ *Elizabeth A. Preston Deavers*
                                                                         Elizabeth A. Preston Deavers
                                                                         United States Magistrate Judge