UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRUCE LYLES,**

    **Plaintiff,**

                                    Civil Action 2:12-cv-00751
    **v.**                                  Judge Gregory Frost
                                    Magistrate Judge Elizabeth P. Deavers

**CAPITAL - EMI MUSIC INC.,** *et al.***,**

    **Defendants.**

## ORDER

On March 20, 2013, Plaintiff submitted a letter to the Court requesting assistance mailing service materials to the Central Authority in England for Defendant Taio Cruz.  (ECF No. 34.) Plaintiff indicates that the Central Authority in England informed him that it will only accept service materials if an attorney submits them.  *Id.*  Pursuant to Plaintiff's *in forma pauperis* status, the Court will mail service materials to the Central Authority in England on Plaintiff's behalf.  Accordingly, the Clerk is **DIRECTED** to submit Form USM-94, along with a summons for Defendant Taio Cruz and a copy of the Complaint, to the Central Authority in England to request that it serve Defendant Taio Cruz.

    **IT IS SO ORDERED.**

Date: March 21, 2013                                    /s/ *Elizabeth A. Preston Deavers*
                                                               Elizabeth A. Preston Deavers
                                                                United States Magistrate Judge