Judge: Gregory L. Frost
Magistrate Judge: Elizabeth Deavers

Private Letter to the Court / Judge

FILED
JOHN P. HEHMAN
CLERK
2013 APR 23 AM 10:30
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST. DIV. COLUMBUS

Entitled: The Plaintiff has an "Objection to dismissal (dismissal motion of / for defendant(s) Usher Raymond (IV), Katy Perry (a seperate copy of objection will be filed if requested by the court for Katy Perry)"

Question: Does the plaintiff need to send / file a second copy of this "objection to dismissal" with just Katy Perry's name on it (to the court)?

Question: Does the plaintiff need to (required) mail a copy of the "objection to dismissal" to the defense?

Non Oral Hearings 5/3/13, 5/17/13

CASE #: 2:12-cv-00751

Bruce Tyler
(Plaintiff)

(confidential)    5288 Brandy Oaks Ln
ADDRESS          Columbus OH
                 43220